**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DON KARL JURAVIN,**

    Appellant,

v.                                                                Case No: 5:22-cv-606-GAP

**DENNIS KENNEDY and PSR**
**DEVELOPERS LLC,**

    Appellees.

## ORDER

Before the Court, upon referral, is Appellant Don Karl Juravin's "motion by way of objection to order from January 30, 2023." (Doc. 16). Juravin's motion objects to the transfer of the case, arguing that the notice of a related action filed by Dennis Kennedy inaccurately represented that the instant case was related to 5:21-cv-514, 6:21-cv-1921, and 6:21-cv-1922. However, under Local Rule 1.07(a)(2)(A), "[i]f the transferee judge consents, the judge to whom the clerk assigns an action can transfer the action at any time and for any reason." M.D. Fla. Local Rule 1.07(a)(2)(A). Here, the January 30, 2023, Order states that the case was transferred "to the Honorable Gregory A. Presnell, with his consent[.]" (Doc. 13). Accordingly, Juravin's objection that the transfer was improper because the cases are unrelated is **OVERRULED.**

Moreover, Juravin argues that he is concerned about the Court's impartiality because Judge Presnell "has previously shown willingness to rule emphatically and strongly in favor of the Chapter 7 Trustee against the Debtor and his family in cases." (Doc. 16 at 2). However, "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion."

- 2 -

*Liteky v. United States*, 510 U.S. 540, 555 (1994). Accordingly, Juravin's objection as to the Court's impartiality is **OVERRULED.**

Accordingly, the transfer was proper, and Juravin's motion, to the extent it can be construed as requesting a reversal of the transfer, is **DENIED.**

**DONE** and **ORDERED** in Ocala, Florida on February 27, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties